IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **SIMEER SPRY** | **CRIMINAL ACTION** <br><br> **NO. 20-84** |

### ORDER RE: MOTION TO SUPPRESS

AND NOW, this 15th day of December, 2021, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. No. 39) is DENIED for the reasons stated in the foregoing Memorandum.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CRIMINAL DEPUTY (Lori)\ORDERS\20cr84 Order Re Motion to Suppress.docx